IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUINE LEGAL SOLUTIONS, PC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FIRELINE FARMS, INC.,<br><br>　　　　　Defendant. | Case No.: 3:22-cv-01850-AN<br><br>OPINION AND ORDER |

　　　　　Plaintiff Equine Legal Solutions, PC brought this action against defendant Fireline Farms, Inc., alleging a copyright infringement claim. On February 12, 2025, the Court granted summary judgment in plaintiff's favor. Plaintiff timely filed a bill of costs. For the reasons stated below, plaintiff's bill of costs is GRANTED.

　　　　　Federal Rule of Civil Procedure 54(d)(1) provides that unless a federal statute, the Federal Rules of Civil Procedure, or a court order provides otherwise, costs "should be allowed to the prevailing party." The Copyright Act also allows "the recovery of full costs." 17 U.S.C. § 505.

　　　　　Plaintiff seeks costs in the amount of $1,667.36 for fees of the Clerk, fees for service of summons and subpoena, and copying costs. Defendant does not object to plaintiff's costs. All of the requested costs are recoverable under 28 U.S.C. § 1920, and plaintiff has provided the Court with sufficient supporting documentation. Because plaintiff's costs are reasonable and unopposed, the Court awards plaintiff's requested costs.

## CONCLUSION

For the foregoing reasons, plaintiff's Bill of Costs, ECF [102], is GRANTED in full. The Court awards plaintiff $1,667.36 in costs.

IT IS SO ORDERED.

DATED this 18th day of March, 2025.

_____
Adrienne Nelson
United States District Judge